# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LOUIS C. KEYS,**

    **Plaintiff,**

  v.          **Case No. 24-CV-500**

**STARBUCKS,**

    **Defendant.**

## DECISION AND ORDER

  Before the court is Louis C. Keys's third motion asking the court to "appoint" counsel to represent him. (ECF No. 40.) The court held a telephonic conference with the parties on February 19, 2025, and discussed both the pending motion and the professed discovery difficulties that gave rise to it.

  Notwithstanding Keys's claimed lack of access to legal research materials, the court finds that it is unnecessary to attempt to recruit an attorney to represent Keys for free. As the court has previously stated, it has no authority to appoint an attorney to represent a party in a civil suit. The most the court can do is attempt to recruit a volunteer attorney who will represent a party for free. The pool of such attorneys is incredibly small and the demand for their services is immense.

Again, Keys has demonstrated an adequate understanding of the general principles at issue such that he was able to adequately state a plausible cause of action. The case is now in the discovery phase where each side learns about the facts underlying the case. The court has provided Keys with the Federal Rules of Civil Procedure and the court's Local Rules, which will assist him in the discovery process.

**IT IS THEREFORE ORDERED** that the plaintiff's Motion to Reconsider (ECF No. 40) is **denied**.

Dated at Milwaukee, Wisconsin this 19th day of February, 2025.

WILLIAM E. DUFFIN
U.S. Magistrate Judge